UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Agilent Technologies, Inc.

        Plaintiff(s),

v.

Affymetrix, Inc.

        Defendant(s).

CASE NO.   C 06-05958 JW-PVT

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE)  (ADR L.R. 5)
  x Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
    Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    other requested deadline ___October 1, 2007___

Dated: 12/13/06

Dated: 12/18/06

_____
Attorney for Plaintiff   Tina E. Hulse
Finnegan, Henderson, Farabow, Garrett & Dunner

_____
Attorney for Defendant

Stephen C. Holmes
Affymetrix, Inc.

## [~~PROPOSED~~] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- Non-binding Arbitration
- Early Neutral Evaluation (ENE)
- ✓ Mediation
- Private ADR

Deadline for ADR session
- 90 days from the date of this order.
- ✓ other   October 1, 2007

IT IS SO ORDERED.

Dated: __Dec 19 2006__          _____/s/ James Ware_____

UNITED STATES MAGISTRATE JUDGE
DISTRICT

**CERTIFICATION**

I, Stephen C. Holmes, am the ECF User whose identification and password are being used to file the **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**. In compliance with General Order 45.X.B, I hereby attest that all parties have concurred in this filing.

DATED: December 18, 2006

                                        MICHAEL J. MALECEK
                                        DANIEL R. REED
                                        ANDREA L. GROSS
                                        STEPHEN C. HOLMES
                                        AFFYMETRIX, INC.

                                 By: /s/ Stephen C. Holmes
                                        Stephen C. Holmes

                                        Attorneys for Defendant
                                        AFFYMETRIX, INC.