**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Agilent Technologies, Inc., | NO. C 06-05958 JW |
| Plaintiff, | **ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Affymetrix, Inc., | |
| Defendant. / | |

On January 8, 2007, the Court conducted a Case Management Conference. In attendance were Richard Smith and Tina Hulse of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP for Plaintiff and Stephen C. Holmes of Affymetrix, Inc. for Defendant. The Court orders as follows:

1. The parties shall submit a joint statement of the history of the case by May 11, 2007.
2. The Court will conduct an interim Case Management Conference on **June 11, 2007 at 10 AM**. The parties shall submit a Joint Case Management Statement by June 1, 2007.
3. The Court will conduct a tutorial on **July 13, 2007 from 9 AM to 12 noon**. At this hearing, the Court will also hear motions regarding: (1) the standard of review in this

1 case and (2) whether a bench trial or a jury trial is appropriate.  The parties shall
2 submit briefing on these two issues by June 6, 2006.
3     4.    A claim construction hearing is scheduled for **July 20, 2007 from 9 AM to 12 PM**.
4 The parties are to meet and confer, and stipulate to a briefing schedule for claim
5 construction pursuant to the Patent Local Rules.

Dated: January 9, 2007

JAMES WARE
United States District Judge

2

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Michael J. Malecek Michael_malecek@affymetrix.com
Richard J. Smith rsmith@finnegan.com
3  Stephen C. Holmes Stephen_Holmes@Affymetrix.com
Tina E. Hulse tina.hulse@finnegan.com

5  **Dated:  January 9, 2007**                                **Richard W. Wieking, Clerk**

                                                              **By:  /s/ JW Chambers
                                                                    Elizabeth Garcia
                                                                    Courtroom Deputy**

**United States District Court**
For the Northern District of California