THOMAS H. JENKINS (*Pro hac vice*)
tom.jenkins@finnegan.com
TINA E. HULSE (BAR NO. 232936)
tina.hulse@finnegan.com
Finnegan, Henderson, Farabow,
   Garrett & Dunner, L.L.P.
Stanford Research Park
3300 Hillview Avenue
Palo Alto, California 94304
Telephone: (650) 849-6600
Facsimile: (650) 849-6666
Attorneys for Plaintiff
AGILENT TECHNOLOGIES, INC.

MICHAEL J. MALECEK (BAR NO. 171034)
Michael_Malecek@Affymetrix.com
STEPHEN C. HOLMES (BAR NO. 200727)
Stephen_Holmes@Affymetrix.com
Affymetrix, Inc.
6550 Vallejo Street, Suite 100
Emeryville, California 94608-1112
Telephone: (510) 428-8503
Telefacsimile: (510) 428-8583
Attorneys for Defendant
AFFYMETRIX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AGILENT TECHNOLOGIES, INC., | Civil Case No. C06 05958 JW PVT |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE |
| AFFYMETRIX, INC., | |
| Defendant. | |

   WHEREAS the Court held a Case Management Conference on January 8, 2007 and issued an Order following Case Management Conference dated January 9, 2007.

   WHEREAS Plaintiff Agilent Technologies, Inc. ("Agilent") and Defendant Affymetrix, Inc. ("Affymetrix") have met and conferred and jointly propose the following agreed schedule for claim construction briefing and other matters relating to this action as discussed at the Case Management Conference:

| Event | Due date |
|---|---|
| Parties to exchange "Proposed Terms and Claim Elements for Construction" | April 6, 2007 |
| Meet and confer regarding "Joint Claim Construction and Prehearing Statement" | April 13, 2007 |
| Parties to exchange "Preliminary Claim Constructions and Preliminary Identification of Extrinsic Evidence" | May 4, 2007 |
| Parties to file a "Joint Statement of the History of the Case" **(per Order following Case Management Conference dated January 9, 2007)** | May 11, 2007 |
| Further meet and confer regarding "Joint Claim Construction and Prehearing Statement" | May 18, 2007 |
| Parties to file Cross-motions regarding (i) the standard of review in this case; and (ii) whether a bench trial or a jury trial is appropriate | May 23, 2007 |
| Parties to file "Joint Claim Construction and Prehearing Statement" | June 1, 2007 |
| Parties to file "Joint Case Management Statement" **(per Order following Case Management Conference dated January 9, 2007)** | June 1, 2007 |
| Parties to file Responses to Cross-motions regarding (i) the standard of review in this case; and (ii) whether a bench trial or a jury trial is appropriate | June 6, 2007 |
| Interim Case Management Conference **(per Order following Case Management Conference dated January 9, 2007)** | June 11, 2007 |
| Parties file Opening Claim Construction Briefs | June 15, 2007 |
| Parties file Responsive Claim Construction Briefs | June 29, 2007 |
| Technology Tutorial / Hearing on parties Cross-motions regarding (i) the standard of review in this case; and (ii) whether a bench trial or a jury trial is appropriate **(per Order following Case Management Conference dated January 9, 2007)** | July 13, 2007 |
| Claim Construction Hearing **(per Order following Case Management Conference dated January 9, 2007)** | July 20, 2007 |

//

//

Stipulation and [Proposed] Order regarding Schedule; C 06-05958 JW PVT

1  The parties have agreed to simultaneous briefing of the claim construction briefs to
2  resolve the parties' dispute over which party should submit the opening brief.  After several meet
3  and confers on the issue, the parties were unable to agree upon who should brief first.  Because of
4  the unique nature of this § 146 action, there is no precedent that the parties are aware of to guide
5  the briefing procedures.  Thus, to avoid disturbing the Court with this dispute, the parties have
6  agreed to simultaneous briefing, and have agreed to limit the briefings to openings and responses
7  to minimize the burden on the Court.  Alternatively, the parties would welcome any guidance
8  from the Court regarding the best way for the parties to resolve this issue.

NOW THEREFORE, the parties, through their respective counsel, hereby stipulate to and request that the Court adopt the parties' stipulation as the order of this Court.

Dated:  April 5, 2007

FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.

By:  /s/ Tina E. Hulse_____
Tina E. Hulse

THOMAS H. JENKINS
TINA E. HULSE
Finnegan, Henderson, Farabow,
  Garrett & Dunner, LLP

Attorneys for Plaintiff
AGILENT TECHNOLOGIES, INC.


AFFYMETRIX, INC.

By:  /s/ Stephen C. Holmes_____
Stephen C. Holmes

MICHAEL J. MALECEK
STEPHEN C. HOLMES
Affymetrix Litigation Unit
Affymetrix, Inc.

Attorneys for Defendant
AFFYMETRIX, INC.

1
2                           **[PROPOSED]  ORDER**
3       PURSUANT TO STIPULATION, IT IS SO ORDERED.
4       Dated:    4/6/2007
5
6
7                                    _____
                                     The Honorable James Ware
8                                    UNITED STATES DISTRICT JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                                       4
Stipulation and [Proposed] Order regarding Schedule; C 06-05958 JW PVT

1 **CERTIFICATION**

2   I, Stephen C. Holmes, am the ECF User whose identification and password are being used
3 to file the **STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE**.  In
4 compliance with General Order 45.X.B, I hereby attest that all parties have concurred in this
5 filing.

6

7   DATED:  April 5, 2007

        MICHAEL J. MALECEK
8       STEPHEN C. HOLMES
        PETER E. ROOT
9       DANIEL R. REED
        ANDREA L. GROSS
10      AFFYMETRIX, INC.

11

12      By: /s/ Stephen C. Holmes___
            Stephen C. Holmes
13
        Attorneys for Defendant
14      AFFYMETRIX, INC.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation And [Proposed] Order Regarding Schedule; C 06-05958 JW PVT