1  Thomas H. Jenkins (*Pro Hac Vice*)
   tom.jenkins@finnegan.com
2  Tina E. Hulse (CA Bar No. 232936)
   tina.hulse@finnegan.com
3  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, L.L.P.
4  Stanford Research Park
   3300 Hillview Avenue
5  Palo Alto, California  94304-1203
   Telephone:     (650) 849-6600
6  Facsimile:     (650) 849-6666

7  Attorneys for Plaintiff
   AGILENT TECHNOLOGIES, INC.
8
   Michael J. Malecek (CA Bar No. 171034)
9  Michael_Malecek@Affymetrix.com
   Stephen C. Holmes (CA Bar No. 200727)
10 Stephen_Holmes@Affymetrix.com
   AFFYMETRIX, INC.
11 6550 Vallejo Street, Suite 100
   Emeryville, California 94608-1112
12 Telephone :    (510) 428-8503
   Facsimile :    (510) 428-8583
13
   Attorneys for Defendant
14 AFFYMETRIX, INC.

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17                            SAN JOSE DIVISION

18

19 | AGILENT TECHNOLOGIES, INC. | CASE NO. C 06-05958 JW (PVT)
20 |            Plaintiff,       |
                                 | **STIPULATION AND [PROPOSED]
21 |              v.             | ORDER ADMITTING THE RECORD
                                 | FROM INTERFERENCE NO. 105,285
22 | AFFYMETRIX, INC.            | IN THIS CASE, PURSUANT TO
                                 | 35 U.S.C. § 146**
23 |            Defendant.       |

WHEREAS this case is an appeal under 35 U.S.C. § 146 by Plaintiff Agilent Technologies, Inc. ("Agilent") from the Decision of the United States Patent and Trademark Office Board of Patent Appeals and Interferences ("the Board") on June 28, 2006, in Patent Interference No. 105,285 ("the Interference").

WHEREAS the parties have agreed and stipulated to jointly submit the record from the Interference, pursuant to 35 U.S.C. § 146, which provides in relevant part:

> In such suits the record in the Patent and Trademark Office shall be admitted on motion of either party upon the terms and conditions as to costs, expenses, and the further cross-examination of the witnesses as the court imposes, without prejudice to the right of the parties to take further testimony. The testimony and exhibits of the record in the Patent and Trademark Office when admitted shall have the same effect as if originally taken and produced in the suit.

35 U.S.C. § 146.

WHEREAS the record to be submitted by the parties includes the parties' motions and supporting briefs and exhibits, cases cited by the parties, other papers, notices and orders from the Interference, transcripts of hearings before the Board in the Interference and cases cited by the Board.

NOW THEREFORE, the parties, through their respective counsel, hereby stipulate to and request that the Court approve and enter the proposed order as the order of this Court.

Pursuant to General Order No. 45 X.B, the electronic filer of this document attests under penalty of perjury that he/she has the concurrence of each of the signatories to this "Stipulation and [Proposed] Order Admitting The Record From Interference No. 105,285 In This Case, Pursuant To 35 U.S.C. § 146."

//
//
//
//
//

| | |
|---|---|
| Dated:  June 1, 2007 | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P. |
| | By: __/s/ Tina E. Hulse__<br>    Tina E. Hulse |
| | Attorneys for Plaintiff<br>AGILENT TECHNOLOGIES, INC. |
| Dated: June 1, 2007 | AFFYMETRIX, INC. |
| | By: __/s/ Stephen C. Holmes__<br>    Stephen C. Holmes |
| | Attorneys for Defendants<br>AFFYMETRIX, INC. |

### **[PROPOSED] ORDER**

PURSUANT TO THE PARTIES' STIPULATION, IT IS ORDERED THAT:

Pursuant to 35 U.S.C. § 146, the record from Patent Interference No. 105,285 shall be admitted into evidence in this case, and the testimony and exhibits of record in the Patent and Trademark Office shall have the same effect as if originally taken and produced in this case.

Dated: June 5, 2007

_____
The Honorable James Ware
UNITED STATES DISTRICT JUDGE