IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| Agilent Technologies Inc., | No. C 06-05958 JW |
|---|---|
| Plaintiff, | **ORDER FOLLOWING CASE MANAGEMENT CONFERENCE; SETTING CASE SCHEDULE** |
| v. | |
| Affymetrix, Inc., | |
| Defendant | |

On October 29, 2007, the Court conducted a case management conference. Counsel for the respective parties were present. Based on the discussion at the conference, the Court orders as follows:

**CASE SCHEDULE**

| | |
|---|---|
| **Deadline for Parties to Exchange Expert Reports and to Lodge a Copy of the Reports with the Court** | **December 11, 2007** |
| **Deadline for Parties to Complete Expert Depositions** | **January 11, 2008** |
| **Deadline for Parties to Exchange and File Opening Briefs on Claim Construction and Written Description Motions** | **March 14, 2008** |
| **Deadline for Parties to Exchange and File Responses on Claim Construction and Written Description Motions** | **March 28, 2008** |
| **Deadline for Parties to Deliver Binders on Claim Construction and Written Description Motions** | **April 4, 2008** |

| Hearing on Cross Motions for Summary Judgment Re: Claim Construction and Written Description Motions | April 25, 2008 9:00 AM |
|---|---|
| Deadline for Participating in the Court's Mediation Program | April 10, 2008 |
| Bench Trial | July 8-11, 2008 (full days) |

   For the motions listed above, in addition to e-filing the motions and their supporting documents, each party shall compile a three ring binder containing (1) their motion and any supporting memorandum of law; (2) the opposition memorandum to their motion; (3) their reply memorandum; and (4) any exhibits and declarations in support or opposition to the motion, which shall be clearly labeled. The binders shall be delivered to the Court, by the way of the Clerk's office, no later than **April 4, 2008 at 2 PM.**

Dated: October 30, 2007

                  *James Ware*
                  JAMES WARE
                  United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Michael Joseph Malecek Michael_malecek@affymetrix.com
Robert Francis McCauley robert.mccauley@finnegan.com
Stephen C. Holmes Stephen_Holmes@Affymetrix.com
Tina E. Hulse tina.hulse@finnegan.com

**Dated:  October 30, 2007**                                     **Richard W. Wieking, Clerk**

                                                                 **By:  /s/ JW Chambers
                                                                        Elizabeth Garcia
                                                                        Courtroom Deputy**