**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AGILENT TECHNOLOGIES INC., | NO. C 06-05958 |
| Plaintiff(s), | **ORDER SETTING CASE MANAGEMENT CONFERENCE IN LIGHT OF FEDERAL CIRCUIT REMAND** |
| v. | |
| AFFYMETRIX, INC., | |
| Defendant(s). | |

In light of the United States Court of Appeals for the Federal Circuit's remand, the Court sets a Case Management Conference for **September 28, 2009 at 10:00 AM** (30 days from date of remand). On or before **September 18, 2009** (10 days from conference), the parties shall file a Joint Case Management Statement. The Statement shall include, among other things, the parties' position with respect to the next stage of the litigation in light of the remand, and a proposed schedule to advance the case.

Dated: July 10, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Stephen C. Holmes sholmes@dl.com
Tina E. Hulse tina.hulse@finnegan.com
Michael Joseph Malecek, Esq mmalecek@dl.com
Robert Francis McCauley robert.mccauley@finnegan.com
Peter Edward Root proot@dl.com

Dated:  July 10, 2009                                    Richard W. Wieking, Clerk

                                                         By:     /s/ JW Chambers
                                                                 Elizabeth Garcia
                                                                 Courtroom Deputy