1  Thomas H. Jenkins (*Pro Hac Vice*)
   tom.jenkins@finnegan.com
2  Tina E. Hulse (CA Bar No. 232936)
   tina.hulse@finnegan.com
3  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, L.L.P.
4  Stanford Research Park
   3300 Hillview Avenue
5  Palo Alto, California  94304-1203
   Telephone:   (650) 849-6600
6  Facsimile:    (650) 849-6666

7  Attorneys for Plaintiff
   AGILENT TECHNOLOGIES, INC.
8
   Barbara A. Caulfield (CA Bar No. 108999)
9  bcaulfield@dl.com
   Michael J. Malecek (CA Bar No. 171034)
10 mmalecek@dl.com
   Stephen C. Holmes (CA Bar No. 200727)
11 sholmes@dl.com
   DEWEY & LEBOEUF
12 1950 University Avenue, Suite 500
   East Palo Alto, California 94303-2225
13 Telephone:   (650) 845-7000
   Facsimile:    (650) 845-7333
14
   Attorneys for Defendant
15 AFFYMETRIX, INC.
   .
16



17               UNITED STATES DISTRICT COURT

18               NORTHERN DISTRICT OF CALIFORNIA

19                       SAN JOSE DIVISION

21  AGILENT TECHNOLOGIES, INC.            CASE NO. C 06-05958 JW (PVT)

22              Plaintiff,                **JOINT CASE MANAGEMENT
                                          STATEMENT REQUESTING
23         v.                             CONTINUANCE OF CASE
                                          MANAGEMENT CONFERENCE AND
24  AFFYMETRIX, INC.                      [PROPOSED] ORDER**

25              Defendant.
                                          Date: November 9, 2009
26                                        Time: 10:00 a.m.
                                          Courtroom: 8, 4th Floor
27                                        Judge: Hon. James Ware

28

In its Order of September 24, 2009 (Dkt. 85), the Court scheduled a case management conference on November 9, 2009. The parties are currently in active negotiations regarding settlement and jointly request a continuance of the case management conference to allow the parties sufficient time to discuss resolution of the case. As such, the parties jointly request continuing the case management conference five (5) weeks until December 14, 2009 (or any date thereafter as the Court's schedule permits).

Pursuant to General Order No. 45 X.B, the electronic filer of this document attests under penalty of perjury that he/she has the concurrence of each of the signatories to this Joint Case Management Statement.

Respectfully submitted,

Dated: October 29, 2009

FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.


By: _____/s/ Tina E. Hulse_____
　　　　　Tina E. Hulse

Thomas H. Jenkins (Admitted *Pro hac vice*)
tom.jenkins@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
901 New York Avenue
Washington, D.C. 20001-4413
Telephone:　(202) 408-4000
Facsimile:　(202) 408-4400

Tina E. Hulse (CA Bar No. 232936)
tina.hulse@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
3300 Hillview Avenue
Palo Alto, CA 94304-1203
Telephone:　(650) 849-6600
Facsimile:　(650) 849-6666

Attorneys for Plaintiff
AGILENT TECHNOLOGIES, INC.

| | | |
|---|---|---|
| Dated: October 29, 2009 | | AFFYMETRIX, INC. |

By: /s/ Stephen Holmes
        Stephen Holmes

Barbara A. Caulfield (CA Bar No. 108999)
bcaulfield@dl.com
Michael J. Malecek (CA Bar No. 171034)
mmalecek@dl.com
Stephen C. Holmes (CA Bar No. 200727)
sholmes@dl.com
DEWEY & LeBOEUF
1950 University Avenue, Suite 500
East Palo Alto, California 94303-2225
Telephone: (650) 845-7000
Facsimile: (650) 845-7333

Attorneys for Defendant
AFFYMETRIX, INC.

1 [PROPOSED] CASE MANAGEMENT ORDER

The Case Management Conference set for November 9, 2009, is continued five (5) weeks **December 14, 2009 at 10 a.m.** On or before December 4, the parties shall file a Joint Case Management Statement. The Statement shall include, among other things, the parties' proposed schedule on how the case should proceed and an update on the parties' settlement efforts.

Dated: November 3, 2009

*James Ware*
The Honorable James Ware
United States District Court Judge