1   Thomas H. Jenkins (*Pro Hac Vice*)
    tom.jenkins@finnegan.com
2   Tina E. Hulse (CA Bar No. 232936)
    tina.hulse@finnegan.com
3   FINNEGAN, HENDERSON, FARABOW,
       GARRETT & DUNNER, L.L.P.
4   Stanford Research Park
    3300 Hillview Avenue
5   Palo Alto, California  94304-1203
    Telephone:     (650) 849-6600
6   Facsimile:      (650) 849-6666

7   Attorneys for Plaintiff
    AGILENT TECHNOLOGIES, INC.

8
    Barbara A. Caulfield (CA Bar No. 108999)
9   bcaulfield@dl.com
    Michael J. Malecek (CA Bar No. 171034)
10  mmalecek@dl.com
    Stephen C. Holmes (CA Bar No. 200727)
11  sholmes@dl.com
    DEWEY & LEBOEUF
12  1950 University Avenue, Suite 500
    East Palo Alto, California 94303-2225
13  Telephone:     (650) 845-7000
    Facsimile:      (650) 845-7333

14
    Attorneys for Defendant
15  AFFYMETRIX, INC.
    .

16

17                          UNITED STATES DISTRICT COURT

18                        NORTHERN DISTRICT OF CALIFORNIA

19                                 SAN JOSE DIVISION

20

| | |
|---|---|
| 21   AGILENT TECHNOLOGIES, INC. | CASE NO. C 06-05958 JW (PVT) |
| 22                Plaintiff, | **JOINT CASE MANAGEMENT STATEMENT REQUESTING** |
| 23                v. | **CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND** |
| 24   AFFYMETRIX, INC. | **[PROPOSED] ORDER** |
| 25                Defendant. | |
| 26 | Date:  November 9, 2009 |
| 27 | Time:  10:00 a.m.<br>Courtroom:  8, 4th Floor<br>Judge:  Hon. James Ware |

28

1     In its Order of September 24, 2009 (Dkt. 85), the Court scheduled a case management

2   conference on November 9, 2009.  The parties are currently in active negotiations regarding

3   settlement and jointly request a continuance of the case management conference to allow the parties

4   sufficient time to discuss resolution of the case.  As such, the parties jointly request continuing the

5   case management conference five (5) weeks until December 14, 2009 (or any date thereafter as the

6   Court's schedule permits).

7     Pursuant to General Order No. 45 X.B, the electronic filer of this document attests under

8   penalty of perjury that he/she has the concurrence of each of the signatories to this Joint Case

9   Management Statement.

10

11                                              Respectfully submitted,

12  Dated:  October 29, 2009                    FINNEGAN, HENDERSON, FARABOW,
                                                  GARRETT & DUNNER, L.L.P.
13

14

15                                              By:_____/s/ Tina E. Hulse_____
                                                          Tina E. Hulse
16
                                                Thomas H. Jenkins (Admitted *Pro hac vice*)
17                                              tom.jenkins@finnegan.com
                                                FINNEGAN, HENDERSON, FARABOW,
18                                                GARRETT & DUNNER, L.L.P.
                                                901 New York Avenue
19                                              Washington, D.C. 20001-4413
                                                Telephone:    (202) 408-4000
20                                              Facsimile:    (202) 408-4400

21                                              Tina E. Hulse (CA Bar No. 232936)
                                                tina.hulse@finnegan.com
22                                              FINNEGAN, HENDERSON, FARABOW,
                                                  GARRETT & DUNNER, L.L.P.
23                                              3300 Hillview Avenue
                                                Palo Alto, CA 94304-1203
24                                              Telephone:    (650) 849-6600
                                                Facsimile:    (650) 849-6666
25
                                                Attorneys for Plaintiff
26                                              AGILENT TECHNOLOGIES, INC.

27

28

1   Dated:  October 29, 2009                          AFFYMETRIX, INC.

2
                                                      By:_____/s/ Stephen Holmes_____
3                                                              Stephen Holmes

4                                                     Barbara A. Caulfield (CA Bar No. 108999)
                                                      bcaulfield@dl.com
5                                                     Michael J. Malecek (CA Bar No. 171034)
                                                      mmalecek@dl.com
6                                                     Stephen C. Holmes (CA Bar No. 200727)
                                                      sholmes@dl.com
7                                                     DEWEY & LEBOEUF
                                                      1950 University Avenue, Suite 500
8                                                     East Palo Alto, California 94303-2225
                                                      Telephone:    (650) 845-7000
9                                                     Facsimile:     (650) 845-7333

10                                                    Attorneys for Defendant
                                                      AFFYMETRIX, INC.
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1          [PROPOSED] CASE MANAGEMENT ORDER

2          The Case Management Conference set for November 9, 2009, is continued five (5) weeks

3    **December 14, 2009 at 10 a.m.**   On or before December 4,  the parties shall file a Joint Case

4    Management Statement.  The Statement shall include, among other things, the parties' proposed

5    schedule on how the case should proceed and an update on the parties' settlement efforts.

6

7

8

9    Dated: November 3, 2009                    _____

                                                The Honorable James Ware
10                                              United States District Court Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT CASE  MANAGEMENT STATEMENT
AND [PROPOSED] ORDER
CASE NO. C 06-05958 JW (PVT)