Thomas H. Jenkins (*Pro hac vice*)
tom.jenkins@finnegan.com
Tina E. Hulse (CA Bar No. 232936)
tina.hulse@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
Stanford Research Park
3300 Hillview Avenue
Palo Alto, California  94304-1203
Telephone:     (650) 849-6600
Facsimile:     (650) 849-6666

Attorneys for Plaintiff
AGILENT TECHNOLOGIES, INC.

Barbara A. Caulfield (CA Bar No. 108999)
bcaulfield@dl.com
Michael J. Malecek (CA Bar No. 171034)
mmalecek@dl.com
Stephen C. Holmes (CA Bar No. 200727)
sholmes@dl.com
DEWEY & LEBOEUF
1950 University Avenue, Suite 500
East Palo Alto, California 94303-2225
Telephone:     (650) 845-7000
Facsimile:     (650) 845-7333

Attorneys for Defendant
AFFYMETRIX, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| AGILENT TECHNOLOGIES, INC.<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>AFFYMETRIX, INC.<br><br>　　　　　Defendant. | CASE NO. C 06-05958 JW (PVT)<br><br>**JOINT STIPULATION AND [PROPOSED] JUDGMENT**<br><br>Date:  March, 22, 2010<br>Time:  10:00 a.m.<br>Courtroom:  8, 4th Floor<br>Judge:  Hon. James Ware |

1    In its Case Management Order of December 8, 2009 (docket item no. 91), the Court continued the Case Management Conference until March 22, 2010, and set a briefing schedule regarding the disposition of the case.  In lieu of the briefing, the parties now jointly stipulate that, further to the mandate of the Federal Circuit issued on September 25, 2009 (docket item no. 86), the Court should enter judgment reversing the Board's judgment dated July 28, 2006, and remand the case to the Board.  A proposed judgment is attached hereto.

Pursuant to General Order No. 45 X.B, the electronic filer of this document attests under penalty of perjury that she has the concurrence of each of the signatories to this Joint Stipulation.

Respectfully submitted,

Dated:  January 22, 2010

FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, L.L.P.


By:_____/s/ *Tina E. Hulse*_____
         Tina E. Hulse

Thomas H. Jenkins (Admitted *Pro hac vice*)
tom.jenkins@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, L.L.P.
901 New York Avenue
Washington, D.C. 20001-4413
Telephone:     (202) 408-4000
Facsimile:       (202) 408-4400

Tina E. Hulse (CA Bar No. 232936)
tina.hulse@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, L.L.P.
3300 Hillview Avenue
Palo Alto, CA 94304-1203
Telephone:     (650) 849-6600
Facsimile:       (650) 849-6666

Attorneys for Plaintiff
AGILENT TECHNOLOGIES, INC.

| | |
|---|---|
| Dated:  January 22, 2010 | DEWEY & LEBOEUF, LLP |
| | |
| | By:          /s/ *Stephen Holmes* |
| | Stephen Holmes |
| | |
| | Barbara A. Caulfield (CA Bar No. 108999) |
| | bcaulfield@dl.com |
| | Michael J. Malecek (CA Bar No. 171034) |
| | mmalecek@dl.com |
| | Stephen C. Holmes (CA Bar No. 200727) |
| | sholmes@dl.com |
| | DEWEY & LEBOEUF, LLP |
| | 1950 University Avenue, Suite 500 |
| | East Palo Alto, California 94303-2225 |
| | Telephone:    (650) 845-7000 |
| | Facsimile:    (650) 845-7333 |
| | |
| | Attorneys for Defendant |
| | AFFYMETRIX, INC. |