IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AGILENT TECHNOLOGIES, INC., | Case No. C 06-05958 JW |
| Plaintiff, | [~~PROPOSED~~] JUDGMENT |
| v. | |
| AFFYMETRIX, INC., | |
| Defendant. | |

Pursuant to the Mandate of the Federal Circuit dated September 25, 2009 (docket item no. 86), judgment is entered in favor of Plaintiff Agilent Technologies, Inc., against Defendant Affymetrix, Inc. The Board of Patent Appeals and Interferences Judgment dated July 28, 2006, in the Interference is Reversed and the action is remanded to the Board.

Each party shall bear their own fees and costs.

The Clerk shall close this file.

Dated: January 28, 2010

HON. JAMES WARE
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
Judge James Ware

Case No. C 06-05958 JW                                                                                         Judgment